UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Trustees of the New York Hotel Trades Council and Hotel Association of New York City, Inc. Health Benefits Fund, Pension Fund, Legal Fund, Scholarship Fund, Industry Training Fund, and 401(k) Savings,<br><br>        Petitioners,<br><br>   -against-<br><br>LuxUrban Re Holdings LLC,<br><br>        Respondent. | 25-CV-6886 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

 On August 20, 2025, Petitioners filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to confirm by **September 12, 2025**. Respondent's opposition, if any, is due on **October 3, 2025**. Petitioners' reply, if any, is due **October 10, 2025**.

 Petitioners shall serve the petition and all supporting papers, as well as this Order, upon Respondents pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **September 12, 2025**, and shall file an affidavit of such service with the court no later than **September 13, 2025.**

 SO ORDERED.

Dated: August 22, 2025
    New York, New York

                        ARUN SUBRAMANIAN
                        United States District Judge