UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Trustees of the New York Hotel Trades
Council and Hotel Association of New York
City, Inc. Health Benefits Fund, Pension Fund,
Legal Fund, Scholarship Fund, Industry
Training Fund, and 401(k) Savings,

                          Petitioner,

                    -against-

LuxUrban Re Holdings LLC,

                          Respondent.

25-cv-6886 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Petitioner filed a motion to confirm an arbitral award on August 20, 2025. Dkt. 1. The Court directed that respondent should file any opposition by October 3. Although respondent appears to have been served, it has not made any appearance in this case nor filed any opposition, nor did it appear at the arbitration.

The Court GRANTS the petition to confirm the arbitral award in full; GRANTS the request for prejudgment interest under New York law for the time between the arbitral award and this judgment at a rate of 9% per year; and GRANTS an award of post-judgment interest at the rate specified in 28 U.S.C. § 1961(a). *See Trs. of New York City Dist. Council of Carpenters Pension Fund, Welfare Fund, Annuity Fund, & Apprenticeship, Journeyman Retraining, Educ. & Indus. Fund v. C K S Woodworks, Inc.*, 2021 WL 734959, at *4–*5 (S.D.N.Y. Feb. 24, 2021) (confirming an arbitral award and awarding interest for an unopposed petition); *Loc. 2006, Retail, Wholesale & Dep't Store Union, United Food & Com. Workers v. Basic Wear, Inc.*, 2016 WL 7469621, at *3–*4 (S.D.N.Y. Dec. 28, 2016) (similar).

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: November 25, 2025
       New York, New York

ARUN SUBRAMANIAN
United States District Judge