UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Trustees of the New York Hotel Trades
Council and Hotel Association of New York
City, Inc. Health Benefits Fund, Pension Fund,
Legal Fund, Scholarship Fund, Industry
Training Fund, and 401(k) Savings,

                    Petitioner,

     -against-

LuxUrban Re Holdings LLC,

                    Respondent.

25-cv-6886 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

The Court's November 25, 2025, order is amended to clarify that the amount to be awarded pursuant to the arbitral award is:

1.  To the Health Benefit Fund, $1,058,489.07

2.  To the Pension Fund, $395,466.18

3.  To the Legal Fund, $9,904.21

4.  To the Industry Training Fund, $1,289.89

5.  To the Scholarship Fund, $1,061.92

6.  To the 401(K) Savings Plan, $4,342.29

Pre-judgement interest shall accrue from the date of the arbitral award, September 30, 2024.


     SO ORDERED.

Dated: December 1, 2025
       New York, New York

                                                  _____
                                              ARUN SUBRAMANIAN
                                            United States District Judge