**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Trustees of the New York Hotel Trades
Council and Hotel Association of New York
City, Inc. Health Benefits Fund, Pension Fund,
Legal Fund, Scholarship Fund, Industry
Training Fund, and 401(k) Savings,

               Petitioner,                                25 **CIVIL** 6886 (AS)

      -against-                                  **JUDGMENT**

LuxUrban Re Holdings LLC,

               Respondent.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated November 25, 2025 and December 1, 2025, Petition to confirm arbitration is GRANTED in full in the amount of $1,470,553.56 and also GRANTS the request for prejudgment interest from September 30, 2024 until the entry of the judgment in the amount of $155,193.76 under New York law for the time between the arbitral award and this judgment at a rate of 9% per year; and GRANTS an award of post-judgment interest at the rate specified in 28 U.S.C. § 1961(a).

Total arbitral awards consist of:

1. To the Health Benefit Fund, $1,058,489.07
2. To the Pension Fund, $395,466.18
3. To the Legal Fund, $9,904.21
4. To the Industry Training Fund, $1,289.89
5. To the Scholarship Fund, $1,061.92
6. To the 401(K) Savings Plan, $4,342.29.

**Dated**: New York, New York
       December 2, 2025

                                   **TAMMI M. HELLWIG**
                                   _____
                                   **Clerk of Court**

                  **BY:**    _____
                                 **Deputy Clerk**